[SIGNATURE PAGE FOLLOWS]

Dated: 10.05.2024

Dallas, TX

Respectfully submitted,

By: *DeRonnius Young*
DeRonnius R. Young, *Pro se* Litigant
4800 W Lovers Lane (#406)
Dallas, TX 75209
662.518.1784
dryoung@smu.edu

**PLAINTIFF'S 1ST AMENDED COMPLAINT**

**VERIFICATION**

STATE OF Texas            )

                                   ) ss.:

COUNTY OF Dallas        )


DeRonnius R. Young, being duly sworn, deposes and says that I am the PLAINTIFF in the case captioned and have authorized the filing of this complaint. I have reviewed the allegations made in the complaint, and to those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge, I rely on Exhibits provided and I believe them to be true.

_____
DERONNIUS R. YOUNG/PLAINTIFF


Sworn to me this 5th day October 2024

_____
Notary Public

                                        Respectfully submitted,

By: _____
DeRonnius R. Young, *Pro se* Litigant
4800 W Lovers Lane (#406)
Dallas, TX 75209

662.518.1784
dryoung@smu.edu