## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DERONNIUS R. YOUNG, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 3:23-CV-1423-D** |
| VS. | § | |
| | § | **ECF** |
| | § | |
| | § | |
| ADAM LANDRY, ANDREW HAMMET, | § | |
| JOHN PHILLIPS,[1] JOHN/JANE | § | |
| DOES, and THE CITY OF IRVING | § | |
| | § | |
| **Defendants.** | § | |

### APPENDIX TO ADAM LANDRY, ANDREW HAMMET, AND JOHN PHILLIPS' RULE 12(b)(6) MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to FED. R. CIV. P. 12(b)(6) and Local Rule 7.1, and in addition to the pleadings and other documents on file with this court, Defendants Adam Landry, Andrew Hammett, and John Phillips rely upon the following evidence in support of their Motion Dismiss:

| | **Appendix Exhibit** | **Pages** |
|---|---|---|
| A. | Criminal Complaint charging Plaintiff with Driving While Intoxicated | 00001-00002 |
| B. | Affidavit for Arrest Warrant | 00003-00004 |
| C. | Affidavit for Determination of Probable Cause | 00005-00008 |
| D. | Affidavit for Search Warrant | 00009-00017 |
| E. | Incident Report | 00018-00025 |
| F. | Video from Defendant Adam Landry's Bodyworn Camera dated June 25, 2021. | 00026 |

---

[1] Plaintiff has identified this defendant as "Joe Phillips." However, his legal name is John Phillips.

Respectfully submitted,

**CITY ATTORNEY'S OFFICE**
**CITY OF IRVING, TEXAS**


By:   /s/Saul Pedregon_____
        **SAUL PEDREGON**
        Senior Assistant City Attorney
        State Bar No. 00797231
        Email: spedregon@cityofirving.org
        **JASON D. McCLAIN**
        Senior Assistant City Attorney
        State Bar No. 00797032
        Email: jmcclain@cityofirving.org
        825 West Irving Boulevard
        Irving, Texas 75060
        Telephone: 972.721.2541
        Facsimile: 972.721.2750


**ATTORNEYS FOR DEFENDANTS CITY OF**
**IRVING, ADAM LANDRY, ANDREW HAMMETT,**
**and JOHN PHILLIPS**


**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on December 16, 2024, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following parties or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means; I further certify that I have served the foregoing document by mailing a copy to the following:

       **<u>Via Certified Mail, RRR No. 7019 2970 0000 6064 4894</u>**
       Deronnius R. Young (pro se)
       4800 W Lovers Lane
       #406
       Ste 406
       Dallas , TX 75209


         /s/Saul Pedregon_____
         **SAUL PEDREGON**
         Assistant City Attorney



# The State of Texas vs. DERONNIUS RASHAD YOUNG

DOB: 12/17/1991     Sex: Male     Race: Black

CCC5

| Offense | Agency |
|---|---|
| DRIVING WHILE INTOXICATED | TX0571500 |

## COMPLAINT NO.:  M2134159

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

Before me, the undersigned Assistant Criminal District Attorney of Dallas County, Texas, this day personally appeared the undersigned affiant, who upon his oath states that he has good reason to believe and does believe that in the County of Dallas and State of Texas,

**DERONNIUS RASHAD YOUNG**, hereinafter called Defendant,

**on or about the 25th day of June, 2021**, did then and there operate a motor vehicle in a public place while intoxicated,

Against the peace and dignity of the State.

Sworn to and subscribed before me on the 3rd day of September, 2021.

Michael Crozar #530
DA, Investigator

_____
Affiant

_____
Assistant Criminal District Attorney
Dallas County, Texas



**EXHIBIT A**

APPENDIX 00001



# The State of Texas vs. DERONNIUS RASHAD YOUNG

CCC5

DOB: 12/17/1991     Sex: Male     Race: Black

| Offense | Agency |
|---|---|
| DRIVING WHILE INTOXICATED | TX0571500 |

## INFORMATION NO:  M2134159

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

Comes now the Criminal District Attorney of Dallas County, on behalf of the State of Texas, and presents in and to the County Criminal Court No. 5 of Dallas County, State aforesaid, that

**DERONNIUS RASHAD YOUNG**, hereinafter called Defendant,

**on or about the 25th day of June, 2021** in the County of Dallas, State of Texas, did  then and there operate a motor vehicle in a public place while intoxicated,

Against the peace and dignity of the State.

John Creuzot
Criminal District Attorney
Dallas County, Texas

THE STATE OF TEXAS     }

                           } **AFFIDAVIT FOR ARREST WARRANT OR CAPIAS**

COUNTY OF DALLAS    }

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is _____ K HUBBARD 953 _____, and I am a peace officer of the City of Irving, Dallas County, Texas.

I have good reason to believe and do believe that on or about the **25th** day of **June, 2021**, one **YOUNG,DERONNIUS RASHAD**, did then and there in the City of Irving, Dallas County, Texas commit the offense of **DRIVING WHILE INTOXICATED**, a violation of section **49.04**, Texas **PENAL CODE**, a **CLASS B MISDEMEANOR.**

My belief is based upon the following facts and information:

**HAMMETT,ANDREW #1263**, Officer, Irving Police Department, who participated in the investigation of the alleged offense, furnished to me, the Affiant, on <u>6/25/2021</u>, the following information:

On 06/25/2021 at around 12:30 am, Sgt. A. Landry #1096 observed a gray 2015 Nissan Altima (MLD2214) driving West in the East bound lanes, while honking his horn, on Harmony Way in Irving. The vehicle then went through a parking garage while honking its horn and exited headed East in the West bound lanes on Melody Way. Sgt Landry conducted a traffic stop at 360 W Las Colinas Blvd, Irving, Dallas County, Texas. The Defendant, later identified by TXDL 45444124, as Deronnius Rashad Young exited the vehicle and immediately began verbally resisting and trying to walk away. The Defendant gave his name as John Doe with no date of birth. Sgt. Landry could smell the odor of an alcoholic beverage coming from the Defendant's breath. The Defendant physically resisted detention and arrest. The Defendant refused to perform any SFSTs. Based on the Defendant's driving behavior, the smell of an alcoholic beverage on his breath, and his actions during our interaction, it was determined the Defendant had lost the normal use of his mental and physical faculties, due to the introduction of some substance into his body, and was intoxicated. The Defendant was placed under arrest and read the DWI statutory warning. The Defendant had an active warrant for assault from DSO (M2170655), failed to identify himself, and gave a false name.



M2134159  YOUNG, DERONNIUS RASHAD

Report Number **210013584 - ORIG** / Booking No: **2103371**

<span style="color:red">**EXHIBIT B**</span>

I believe this information furnished by a fellow Peace Officer is credible.

WHEREFORE, Affiant requests that an arrest warrant or capias be issued for the above accused individual(s) in accordance with the law.

_____
AFFIANT

SWORN TO BEFORE ME on the **25th** day of **June, 2021.**

_____
Magistrate / Notary Public / Peace Officer pursuant to 602.002 Texas Government Code
**(Cross out inapplicable authorities)**

MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

On this the **25th** day of **June, 2021,** the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of a capias for the individual(s) accused therein and hereby orders the Clerk of the Court of proper jurisdiction to issue a capias for the arrest of said individual (s).

_____
MAGISTRATE, IN AND FOR
DALLAS COUNTY, TEXAS



M2134159  YOUNG, DERONNIUS RASHAD

Report Number: **210013584 - ORIG** / Booking No: **2103371**

**DEPARTMENT OF POLICE**
**CITY OF IRVING**
**305 NORTH O'CONNOR ROAD**
**IRVING, TEXAS 75061**
**972-721-2603**

**CASE REPORT**

DISPOSITION
DATE: _____
COURT: _____
DOCKET: _____
METHOD: _____

Defendant: **YOUNG,DERONNIUS RASHAD**
Race: **B**   Sex: **M**   DOB: **12/17/1991**
Residence: **361 WEST FORK #2237, IRVING, TX 75039**
SID #: **19299391 / TX**

Complainant / Victim: **OFFICER A. HAMMETT #1263 for STATE OF TEXAS**

Offense Location: **360 W LAS COLINAS BL, IRVING**
Offense / Report #: **210013584**
Original Investigating Officer: **HAMMETT,ANDREW # 1263**

Charge: **DRIVING WHILE INTOXICATED**
**PENAL CODE 49.04**
Level:   **CLASS B MISDEMEANOR**

Report Number: **210013584 - ORIG** / Booking No: **2103371**                    KR / 6/25/2021

**EXHIBIT C**

APPENDIX 00005

Case Summary:
On 06/25/2021 at around 12:30 am, Sgt. A. Landry #1096 observed a gray 2015 Nissan Altima (MLD2214) driving West in the East bound lanes, while honking his horn, on Harmony Way in Irving. The vehicle then went through a parking garage while honking its horn and exited headed East in the West bound lanes on Melody Way. Sgt Landry conducted a traffic stop at 360 W Las Colinas Blvd, Irving, Dallas County, Texas. The Defendant, later identified by TXDL 45444124, as Deronnius Rashad Young exited the vehicle and immediately began verbally resisting and trying to walk away. The Defendant gave his name as John Doe with no date of birth. Sgt. Landry could smell the odor of an alcoholic beverage coming from the Defendant's breath. The Defendant physically resisted detention and arrest. The Defendant refused to perform any SFSTs. Based on the Defendant's driving behavior, the smell of an alcoholic beverage on his breath, and his actions during our interaction, it was determined the Defendant had lost the normal use of his mental and physical faculties, due to the introduction of some substance into his body, and was intoxicated. The Defendant was placed under arrest and read the DWI statutory warning. The Defendant had an active warrant for assault from DSO (M2170655), failed to identify himself, and gave a false name.

APPENDIX 00006

# STATE OF TEXAS
# COUNTY OF DALLAS

CASE NO. 210013584 - ORIG

### AFFIDAVIT FOR DETERMINATION OF PROBABLE CAUSE

Before me the undersigned authority on this day personally appeared   HAMMETT,ANDREW #1263   ,

a peace officer for the State of Texas, who after being duly sworn upon oath deposes and says that he has

good reason to believe and does believe that   YOUNG,DERONNIUS RASHAD   did
(name of accused)

commit the offense of  DRIVING WHILE INTOXICATED   PC 49.04   against

the laws of the State of Texas on   June 25, 2021   .

Said reason and belief is based upon the following facts and circumstances (provide narrative, using back of this affidavit or attaching additional pages and/or case report, as needed):

On 06/25/2021 at around 12:30 am, Sgt. A. Landry #1096 observed a gray 2015 Nissan Altima (MLD2214) driving West in the East bound lanes, while honking his horn, on Harmony Way in Irving. The vehicle then went through a parking garage while honking its horn and exited headed East in the West bound lanes on Melody Way. Sgt Landry conducted a traffic stop at 360 W Las Colinas Blvd, Irving, Dallas County, Texas. The Defendant, later identified by TXDL 45444124, as Deronnius Rashad Young exited the vehicle and immediately began verbally resisting and trying to walk away. The Defendant gave his name as John Doe with no date of birth. Sgt. Landry could smell the odor of an alcoholic beverage coming from the Defendant's breath. The Defendant physically resisted detention and arrest. The Defendant refused to perform any SFSTs. Based on the Defendant's driving behavior, the smell of an alcoholic beverage on his breath, and his actions during our interaction, it was determined the Defendant had lost the normal use of his mental and physical faculties, due to the introduction of some substance into his body, and was intoxicated. The Defendant was placed under arrest and read the DWI statutory warning. The Defendant had an active warrant for assault from DSO (M2170655), failed to identify himself, and gave a false name.

Witness my signature this   25   day of   June   ,2021

_____ #1263  Irving Police Department
Affiant                              Agency

Subscribed and Sworn to before me this the   25   day of   June   ,2021

BRADLEY GEORGE
My Notary ID # 129553186
Expires September 10, 2024

_____
Magistrate / Notary Public / Peace Officer pursuant to 602.002 Texas Government Code
(Cross out inapplicable authorities)

### ORDER

The foregoing **affidavit / attached arrest report** having been presented to me and upon consideration of the facts and circumstances contained therein, it is hereby determined that probable cause exists to believe the accused has committed the offense. Therefore it is accordingly ordered that the above named accused remain in custody.

_____
Magistrate, City of Irving, Dallas County, Texas

June 25   ,2021   3:00   AM / PM
Date                          Time

*Complete one affidavit per offense*

*Revision 08 30 02*

# PEACE OFFICER'S SWORN REPORT

DIC-23 (9/01)

STATE OF TEXAS
COUNTY OF _____**DALLAS**_____

Before me, the undersigned authority, on this day personally appeared _____**A. Hammett**_____ known to me to be a credible person, who, having been by me duly sworn, deposed as follows:

My name is _____**A. Hammett**_____, and I am a Texas Peace Officer. I certify that the following information is true and correct: I had probable cause to believe and do believe that _____**Deronnius Rashad Young**_____
Subject's Name

was driving or in actual physical control of a motor vehicle in a public place, or watercraft powered by an engine having a manufacturer's rating of 50 horsepower or above, in this state while intoxicated or under the influence of alcohol. Facts in support of this belief are:

[X] A. Contained in report(s) incorporated by reference for all purposes as if written and copied herein.
Specify report(s) or document(s) _____**21-0013584**_____ Number of pages: _____**5**_____

OR

[ ] B. Noted in the following:

I. On or about _____,a _____, was observed by _____
Date and Time of Offense      Description of Motor Vehicle or Watercraft      Observer

in the following public place: _____
Location (address, including city and county)

II. Reasonable suspicion to stop or make contact:

III. The driver was identified to me as _____
Name      Driver License No.      DOB

IV. Probable cause for arrest or detention:

   a. Signs of intoxication or consumption of alcohol:

   b. Sobriety tasks requested, if any, and performance obtained (explain):
I am [ ] am not [ ] certified to administer standardized field sobriety tests, [ ] including [ ] not including horizontal gaze nystagmus

[ ] _____ Continuation page(s) incorporated by reference for all purposes as if written and copied herein.

V. Check one:
   [ ] subject provided specimen - Intoxilizer results: _____ , _____
   [ ] subject refused test
   [ ] subject gave blood sample, results pending
   [ ] subject was a minor and was not requested to provide a specimen

**The statutory warning given to the person is set out in detail in the document DIC-24, which is incorporated by reference for all purposes as if written and copied herein.**

_____*#1263*_____
Officer's Signature

_____**A. Hammett**_____
Printed Name

_____**Irving PD**_____
Agency

| FOR DEPARTMENT USE ONLY |
| --- |
| |

SWORN AND SUBSCRIBED before me on the _____**25**_____
day of _____**June**_____, _____**2021**_____

_____
Notary Public, State of Texas

[NOTARY STAMP]
BRADLEY GEORGE
My Notary ID # 129553160
Expires September 10, 2021

APPENDIX 00008

**THE STATE OF TEXAS**

**COUNTY OF DALLAS**

## AFFIDAVIT FOR SEARCH WARRANT

The undersigned Affiant, being a peace officer under the laws of Texas and being duly sworn, on oath makes the following statements and accusations:

My name is _Andrew Hammett_. I am a peace officer employed by the following law enforcement agency: _Irving Police Department_. I have successfully completed the State-mandated requirements to become a peace officer.

1. There is in _Dallas_ County, Texas a suspected person ("suspect") described as follows:

   Name: _Deronnius Rashad Young_

   Race: _Black_   Sex: _Male_   DOB: _12/17/1991_   DL/ID: _45444124_

   Height: _5'8"_   Weight: _220_ lbs   Hair color: _Black_

2. Suspect is presently in custody of a law enforcement agency here in _Dallas_ County, namely the _Irving Police Department_, which will present the suspect to execute the warrant requested herein.

3. The suspect has possession of and is concealing human blood, which constitutes evidence that the suspect committed the offense described in paragraph 4 below.

4. On the _25_ day of _June_, 20 _21_, at or about _12:33_ o'clock ☐ p.m. / ☑ a.m., the suspect did then and there operate a motor vehicle or watercraft in a public place in _Dallas_ County, Texas while intoxicated by not having the normal use of mental or physical faculties by reason of the introduction of alcohol, a controlled substance, a drug, a dangerous drug, a combination of two or more of those substances, or any other substance into the suspect's body.

5. The suspect was operating a motor vehicle or watercraft in a public place in _Dallas_ County, Texas on the above date and time based on the following facts:
   ☐ I observed the suspect doing so.
   ☐ The suspect admitted to _____ that he/she was operating a motor vehicle in a public place in _Dallas_ County, Texas just _____ minutes prior to arrival at _____ o'clock ☐ p.m. / ☐ a.m.
   ☑ A witness, (name) _Sgt. A. Landry #1096_ conveyed information to _A. Hammett #1263_ that he/she witnessed the suspect operating a motor vehicle or watercraft in a public place in _Dallas_ County, Texas approximately _5_ minutes prior to my arrival at _12:33_ o'clock ☐ p.m. / ☑ a.m.

**EXHIBIT D**

Probable Cause Narrative:

*Required: Summarize the offense and include reason for probable cause.*

On 06/25/2021 at around 12:30 am, Sgt. A. Landry #1096 observed a gray 2015 Nissan Altima (MLD2214) driving West in the East bound lanes, while honking his horn, on Harmony Way in Irving. The vehicle then went through a parking garage while honking its horn and exited headed East in the West bound lanes on Melody Way. Sgt Landry conducted a traffic stop at 360 W Las Colinas Blvd, Irving, Dallas County, Texas. The Defendant, later identified by TXDL 45444124, as Deronnius Rasha Young exited the vehicle and immediately began verbally resisting and trying to walk away. Sgt. Landry could smell the odor of an alcoholic beverage coming from the Defendant's breath. The Defendant physically resisted detention and arrest. The Defendant refused to perform any SFSTs. Based on the Defendant's driving behavior, the smell of an alcoholic beverage on his breath, and his actions during our interaction, it was determined the Defendant had lost the normal use of his mental and physical faculties, due to the introduction of some substance into his body, and was intoxicated. The Defendant was placed under arrest and read the DWI statutory warning.

DWI blood search warrant; 04/16/2019

6.  **Driving behavior**: Additional facts leading me to believe that the suspect was intoxicated while operating a motor vehicle or watercraft in a public place include: <u>Was driving on the wrong side</u> of the road multiple times while continually honking the horn.

the public place is described as: <u>360 W Las Colinas Blvd, Irving, Dallas County, Texas</u>

7.  The following observations were made about the suspect:

**Odor of alcohol**
- ☑ Strong
- ☐ Moderate
- ☐ Faint
- ☐ None

**Eyes**
- ☐ Bloodshot
- ☐ Red/Pink
- ☐ Glassy
- ☐ Watery
- ☐ Dilated
- ☐ Normal
- ☐ _____

**Speech**
- ☐ Thick-tongued
- ☐ Incoherent
- ☐ Slurred
- ☐ Slow
- ☐ Mumbled
- ☐ Stuttered
- ☑ Talkative
- ☑ Rapid
- ☐ Repetitive
- ☐ Fair
- ☐ Good
- ☐ _____
- _____

**Attitude/conduct**
- ☑ Argumentative
- ☑ Combative
- ☐ Profane
- ☐ Sarcastic
- ☐ Insulting
- ☐ Cooperative
- ☐ Cocky
- ☐ Laughing
- ☐ Carefree
- ☐ Indifferent
- ☐ Sleepy/Drowsy
- ☐ Polite
- ☐ Silent
- ☐ Reserved
- ☐ Calm
- ☑ Talkative
- ☐ Anxious
- ☑ Excited
- ☐ Confused
- ☐ Uninhibited
- ☐ Mood swings
- ☐ _____

**Appearance**
- ☐ Disorderly
- ☐ Orderly
- ☐ Signs of urine
- ☐ Signs of vomit
- ☐ _____
- ☐ _____

**Balance**
- ☐ Falling
- ☐ Unsteady
- ☐ Swaying
- ☐ Needed support
- ☐ Fair
- ☐ Good
- ☐ _____

**Walking**
- ☐ Falling
- ☐ Staggering
- ☐ Swaying
- ☐ Heavy footed
- ☐ Fair
- ☐ Good
- ☐ _____

**Turning**
- ☐ Falling
- ☐ Staggering
- ☐ Swaying
- ☐ Hesitant
- ☐ Fair
- ☐ Good
- ☐ _____

DWI blood search warrant; 04/16/2019

# STANDARDIZED FIELD SOBRIETY TESTS

8. The suspect was requested to perform field sobriety tests and the observations were recorded below. The  standardized field sobriety tests were conducted by:

☑ Affiant who is certified and/or trained in the detection of impaired or intoxicated drivers through the use of three standardized field sobriety tests [SFSTs], namely: Horizontal Gaze Nystagmus [HGN], One-Leg Stand [OLS], and Walk and Turn [WAT].

☐ _____, a fellow peace officer, who is known by your Affiant to be certified and/or trained in the detection of impaired or intoxicated drivers through the use of three standardized field sobriety tests [SFSTs], namely:  Horizontal

☐ Gaze Nystagmus [HGN], One-Leg Stand [OLS], and Walk and Turn [WAT]. The suspect was not requested to perform the Standardized Field Sobriety Tests because:_____

## Horizontal Gaze Nystagmus Test

The suspect was first qualified as a candidate by checking the suspect's eyes for equal tracking and equal pupil size. The following clues were present in the left eye (L) and right eye (R):

☐L   ☐R      Lack of smooth pursuit
☐L   ☐R      Distinct and sustained nystagmus at maximum deviation
☐L   ☐R      Onset of nystagmus prior to 45 degrees

Vertical nystagmus:    ☐ YES ☐ NO
HGN:  Total number of observed clues: _____
☑ Refused to perform test
☐ Unable to perform test because:_____

_____

## Walk and Turn Test

The following clues were present during the suspect's performance of this test:
   ☐ Cannot keep balance while listening to instructions
   ☐ Starts before the instructions are finished
   ☐ Stops while walking
   ☐ Does not touch heel to toe
   ☐ Steps off the line
   ☐ Uses arms to balance (raises arms over six inches)
   ☐ Improper turn
   ☐ Incorrect number of steps

WAT: Total number of observed clues: _____
☑ Refused to perform test
☐ Unable to perform test because: _____

_____

**One Leg Stand Test:**

The following clues were present during the suspect's performance of this test:

☐ Sways while balancing
☐ Hops
☐ Puts foot down
☐ Uses arms for balance (raises arms over six inches)

OLS: Total number of observed clues: _____
☑ Refused to perform test
☐ Unable to perform test because: _____

_____

I have learned through my training and experience that the National Highway Traffic Safety Administration has determined from studies that were conducted that 4 or more clues on the HGN test and 2 or more clues on the OLS test and the WAT test are reliable indicators of intoxication.

9.  Other tests: If indicated below, the suspect performed additional tests for intoxication and the following results were recorded below.
☐ Recite a portion of the alphabet; result: _____

_____

☐ Stationary Balance or Romberg Balance Test. Result:_____

_____

☐ Portable breath test; result: _____

10. Suspect's oral statements: The suspect made the following statements: The Defendant refused to cooperate and would not answer any questions. _____

_____

_____

11. Open container evidence.
☑ No open container of an alcoholic beverage was found at the scene.
☐ An open container of an alcoholic beverage was found by _____
namely:_____

_____

_____,

in the following location: _____

12. Drug/Controlled substance evidence.
- ☑ No evidence of possible drug/controlled substance use was found or detected.
- ☐ The following drugs/drug paraphernalia was found:_____

    _____

    _____ in the following location:

    _____

- ☐ Odor of marijuana was detected,
    - ☐ on the suspect's person;
    - ☐ inside the suspect's vehicle
- ☐ Statements made by the suspect or others indicating possible drug usage:

    _____

    _____

- ☐ Other: _____

    _____

13. Refusal Evidence: After placing the suspect under arrest and reading the DIC-24/DIC-24S (Statutory Warning), I requested a sample of the suspect's breath and/or blood, and the suspect:

    ☑ refused to provide a sample of breath and/or blood.

14. Intoxication Evidence: After placing the suspect under arrest and reading the DIC-24/DIC-24S (Statutory Warning), I requested a sample of the suspect's breath and/or blood, and the suspect:

    ☐ Provided a sample of breath of 0.00 or below the legal limit of 0.08

15. Other:

16. As a peace officer I have successfully completed courses and/or training in the field of alcohol detection and intoxication-related offenses. I have seen intoxicated persons in the past and, during the course of my employment, I have observed numerous people who were under the influence of alcohol or other substances. Additionally, I have formed opinions on intoxication on many occasions and have had my suspicions confirmed by breath or blood samples that were analyzed after I performed my law enforcement duties relating to the detection of intoxicated drivers.

17. Summary: Based upon my experiences, my training in intoxication-related offenses, and my observations of the suspect and the results of the tests performed by the suspect, if any, during my contact with the suspect, I believe that the suspect is intoxicated by not having the normal use of mental or physical faculties by reason of the introduction of alcohol, a controlled substance, a drug, a dangerous drug, a combination of two or more of those substances, or any other substance into the suspect's body.

18. I know from my training and experience that alcohol and other intoxicating substances are absorbed into the bloodstream of an intoxicated person and that the blood of such person can be analyzed for the presence of alcohol and other intoxicating substances.

19. Further, Affiant requests the authority to forensically analyze the blood seized pursuant to this search warrant application for the presence of intoxicating substances.

20. Further, Affiant requests the authority to remove the blood seized pursuant to this application from Dallas County to any place in the State of Texas for forensic analysis.

WHEREFORE, based upon this affidavit Affiant asks for a search warrant that will authorize Affiant or Affiant's agent to search the person of the suspect for the blood evidence described above and seize and forensically analyze the same as evidence that the offense described was committed and that the suspect committed said offense.

Further Affiant asks for issuance of an order to appropriate third parties directing them to assist Affiant in the execution of said warrant.

Andrew Hammett     _Andrew Hammett_ #1263
Affiant

Subscribed and sworn to before me on this 25 day of June , 20 21 .

_Christopher Austin_

Christopher Austin
Printed

☐ Notary Public, State of Texas
☑ Magistrate, Dallas County, Texas

DWI blood search warrant; 04/16/2019

**THE STATE OF TEXAS**

**COUNTY OF DALLAS**

Docket No.: _____

Court: _____

## SEARCH WARRANT

The State Of Texas: To any Sheriff or any Peace Officer of Dallas County, Texas, or any Peace Officer of the State of Texas:

Whereas, the Affiant, whose name appears on the Affidavit attached hereto is a peace officer under the laws of Texas and did heretofore this day subscribed and swore to said affidavit before me, (which said Affidavit is here now made a part hereof for all purposes and incorporated herein as if written verbatim within the confines of this warrant) and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief Affiant expresses herein and establishes the existence of proper grounds for the issuance of this Warrant:

Now, therefore, you are commanded to take custody of the suspect and transport the suspect to a medical or jail facility in Dallas County, Texas where you shall search for, seize and maintain as evidence the property described in said Affidavit, to-wit: human blood from the body of the following described individual:

Name: Deronnius Rashad Young _____

Race: Black ____ Sex: Male ____ DOB: 12/17/1991 ____ DL/ID: 45444124 ____

Height: 5'8" ____ Weight: 220 ____ lbs Hair color: Black ____

Further, authority is hereby granted to forensically analyze the blood seized pursuant to this search warrant for the presence of intoxicating substances.

Authority is hereby granted that said peace officer may remove the blood seized pursuant to this warrant to any place in the State of Texas for the purpose of forensic analysis.

Herein fail not, but have you then and there this warrant within three days, exclusive of the day of its issuance, with your return thereon, showing how you have executed the same.

Issued on this the 25 day of _____ June _____, 20 21 , at _____ 2:43 _____ o'clock ☐ P.M. / ☑ A.M., to certify which witness my hand this day

(signed) _____

(printed) Christopher Austin _____

**Magistrate, Dallas County, Texas**

DWI blood search warrant; 04/16/2019

**THE STATE OF TEXAS**

**COUNTY OF DALLAS**

## ORDER FOR ASSISTANCE IN EXECUTION OF SEARCH WARRANT

To any physician, nurse, medical technician, or phlebotomist, licensed by the State of Texas, or other person qualified in the intravenous removal of human blood:

Whereas, the affiant whose name appears on the affidavit attached hereto is a peace officer under the laws of Texas and did heretofore this day subscribe and swear to said affidavit before me (which said affidavit is here now made a part hereof for all purposes and incorporated herein as if written verbatim within the confines of this Order), and whereas I find that the verified facts stated by affiant in said Affidavit show that affiant has probable cause for the belief he/she expresses herein and establishes existence of proper grounds for issuance of a search warrant;

And whereas, this court has issued a **warrant to search for and seize blood** from the suspect named and described in the Affidavit, to-wit:

Name: Deronnius Rashad Young

Race: Black    Sex: Male    DOB: 12/17/1991    DL: 45444124

Height: 5'8"        Weight: 220    lbs    Hair color: Black

**Therefore you are hereby ordered and commanded to cooperate with any peace officer requesting your professional assistance in the execution of this warrant.**

Herein fail not, as this order is directed to any individual whose aid and assistance is requested by the officer bearing the accompanying search warrant, is authorized by the full authority of this Court to issue warrants and orders to enforce the laws of the State of Texas, and Article 18.08 of the Texas Code of Criminal Procedure. **Any individual who fails to comply with this Order when requested shall be liable for contempt of this Court and subject to all penalties authorized by law.**

Ordered this the 25 day of June , 2021 at 2:43 o'clock ☐ P.M. / ☑ A.M. to certify which witness my hand this day.

(signed)_____

(printed)_____

**Magistrate, Dallas County, Texas**

# Incident Report
# Irving Police Department

**305 N O'Connor Rd**

**Irving TX 75061**

(972)721-2437

**21-13584**

Supplement No
**ORIG**

Reported Date
**06/25/2021**
Report Type
**FAIL ID**
Officer
**HAMMETT,ANDREW**



## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time | CAD Seq No |
|---|---|---|---|---|---|---|
| **Irving Police Department** | | **21-13584** | **ORIG** | **06/25/2021** | **00:33** | **210613210** |

| Status | Report Type |
|---|---|
| **REPORT SUSPENDED/CLOSED** | **FAILURE TO ID** |

| Location | City | ZIP Code | Rep Dist |
|---|---|---|---|
| **360 W LAS COLINAS BL** | **Irving** | **75039** | **5401** |

| Area | Beat | From Date | From Time | Officer |
|---|---|---|---|---|
| **PD2** | **54** | **06/25/2021** | **00:33** | **1263/HAMMETT,ANDREW** |

| Assignment | 2nd Officer | Assignment | Entered by | Assignment |
|---|---|---|---|---|
| **PATROL DIVISION** | **LANDRY,ADAM** | **PATROL DIVISION** | **1263** | **PATROL DIVISION** |

| RMS Transfer | Prop Trans Stat | Property? | Approving Officer | Approval Date |
|---|---|---|---|---|
| **Successful** | **Successful** | **Yes** | **C1689** | **06/25/2021** |

| Approval Time |
|---|
| **11:49:57** |

| DWI in car video/Sent to DA Office | Affidavit Probable Cause | DIC - 23 Sworn Report | DIC - 23A Specimen Routing Form | DIC - 24 Statutory Warning |
|---|---|---|---|---|
| **Yes** | **Yes** | **Yes** | **Yes** | **Yes** |

| DIC - 25 Notice of Suspension | TLE - 51A Aff of person Drawing Blood | Blood Draw Search Warrant/Return | Evidence | |
|---|---|---|---|---|
| **Yes** | **Yes** | **Yes** | **Yes** | |

| Photographs of Injuries | Pull Sheet - Auto Pound Form | Warrants and/or Confirmations |
|---|---|---|
| **Yes** | **Yes** | **Yes** |

| # Offenses | Statute Code | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| **1** | **48990009** | **FAIL TO IDENTIFY FUG** | | **C** | **N** |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|
| **88** | **13** | | | | | **26C** | **1** | **N** |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |
| **VAB** | **VAB** | **1** | **STATE OF TEXAS** | | | |

| # Offenses | Statute Code | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| **2** | **54040009** | **DRIVING WHILE INTOXI** | | **C** | **A** |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|
| **88** | **13** | | | | | **90D** | **2** | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |
| **VAB** | **VAB** | **1** | **STATE OF TEXAS** | | | |

| # Offenses | Statute Code | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| **3** | **48010006** | **RESIST ARREST,SEARCH** | | **C** | **N** |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|
| **88** | **13** | | | | | **90Z** | **3** | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |
| **VAB** | **VAB** | **1** | **STATE OF TEXAS** | | | |

| # Offenses | Statute Code | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| **4** | **MC5405** | **FMFR - FAIL MAINT FI** | | | |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |

| # Offenses | Statute Code | Description | Complaint Type | AC | Use |
|---|---|---|---|---|---|
| **5** | **MC5402** | **LP - OPERATE VEHICLE** | | | |

| Bias | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |

**EXHIBIT E**    APPENDIX 00018

# Incident Report
## Irving Police Department

| # Offenses | Statute Code | | | | | Description | | | Complaint Type | AC | Use | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6** | **MC5403** | | | | | **LP - DISPLAY EXPIRED** | | | | | | |
| Bias | | | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? | | |
| | | | | | | | | | | | | |
| Link | Involvement | Invl No | Name | | | | | | Race | Sex | DOB | |
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | | | | | | **B** | **M** | **12/17/1991** | |

| # Offenses | Statute Code | | | | | Description | | | Complaint Type | AC | Use | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7** | **WR2003** | | | | | **OUTSIDE CLASS A OR B** | | | | | | |
| Bias | | | Loc | #Pr | MOE | Act | Weapon/Force | IBRS | No | Cargo? | | |
| | | | | | | | | | | | | |
| Link | Involvement | Invl No | Name | | | | | | Race | Sex | DOB | |
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | | | | | | **B** | **M** | **12/17/1991** | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| **ARR** | **1** | **I** | **YOUNG,DERONNIUS RASHAD** | **6331306** | **B** | **M** | **12/17/1991** |
| **VAB** | **1** | **S** | **STATE OF TEXAS** | **5678817** | | | |

## Vehicle Summary

| Invl | Type | License No | State | Lic Year | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|---|---|---|---|
| **SUS** | **1** | **MLD2214** | **TX** | **2020** | **2015** | **NISS** | **ALT** | **4D** | **GRY** |

## Property Summary

| Involvement | Description |
|---|---|
| **DIG** | **ARTICLE: EVIDENCE YEVD　BWC and In Car** |
| **SFK** | **ARTICLE: COMPUTER EQUIPMENT DCOMPL　Dell Inspiron Laptop - 56GBGT2** |

## Summary Narrative

A male was arrested for Driving While Intoxicated, Failure to Identify Fugitive, and Resisting Arrest after being stopped for a traffic violation.

## ARRESTEE 1: YOUNG,DERONNIUS RASHAD

| Involvement | Invl No | Type | Name | | MNI |
|---|---|---|---|---|---|
| ARRESTEE | 1 | Individual | YOUNG,DERONNIUS RASHAD | | 6331306 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? |
|---|---|---|---|---|---|
| BLACK OR AFRICAN-AMERICAN | MALE | 12/17/1991 | 29 | Non-Hispanic or Latino | No |

| Height | Weight | Hair Color | Eye Color | Sexual Assault | Res Status | OFN_INVL | Vic/Ofnd Age |
|---|---|---|---|---|---|---|---|
| 5'08" | 220# | BLACK | BROWN | NO | RESIDENT | 1 | 29 |

| Type | Address | City | State |
|---|---|---|---|
| HOME | 361 WEST FORK #2237 | Irving | TEXAS |

| ZIP Code |
|---|
| 75039 |

| Type | ID No | OLS |
|---|---|---|
| (DL or State ID Card)Operator License | 45444124 | TEXAS |

| Type | ID No |
|---|---|
| Social Security Number | 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 |

| Phone Type | Phone No |
|---|---|
| Cell | (662)518-1784 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 06/25/2021 | 00:41:00 | 21-3371 | 06/25/2021 | 03:38:00 | BOOKED |

| Arrest Location | City | Rep Dist |
|---|---|---|
| 360 W LAS COLINAS BL | Irving | 5401 |

| Add'l Report No | Fingerprt Taken? | Mug? | Place of Birth | City of Birth | Armed |
|---|---|---|---|---|---|
| 210013584 | Yes | Yes | MISSISSIPPI | SENATOVIA | UNARMED |

| Multi-arrests | Beat |
|---|---|
| NOT APPLICABLE | 54 |

| DPS No | Level | Charge Literal |
|---|---|---|
| 54040009 | MB | DRIVING WHILE INTOXI |
| MC5403 | MC | LP – DISPLAY EXPIRED |
| WR2003 | M* | ASSAULT |

| Warrant No | Warrant ORI |
|---|---|
| M2170654 | TX0570000 |

| DPS No | Level | Charge Literal |
|---|---|---|
| WR2003 | M* | ASSAULT |

| Warrant No | Warrant ORI |
|---|---|
| M2170655 | TX0570000 |

| DPS No | Level | Charge Literal |
|---|---|---|
| 48990009 | MA | FAIL TO IDENTIFY FUG |
| MC5405 | MC | FMFR – FAIL MAINT FI |
| MC5402 | MC | LP – OPERATE VEHICLE |
| 48010006 | MA | RESIST ARREST,SEARCH |

On 06/25/2021 at around 12:30 am, Sgt. A. Landry #1096 observed a gray 2015 Nissan Altima (MLD2214) driving West in the East bound lanes, while honking his horn, on Harmony Way in Irving. The vehicle then went through a parking garage while honking its horn and exited headed East in the West bound lanes on Melody Way. Sgt Landry conducted a traffic stop at 360 W Las Colinas Blvd, Irving, Dallas County, Texas. The Defendant, later identified by TXDL 45444124, as Deronnius Rashad Young exited the vehicle and immediately began verbally resisting and trying to walk away. The Defendant gave his name as John Doe with no date of birth. Sgt. Landry could smell the odor of an alcoholic beverage coming from the Defendant's breath. The Defendant physically resisted detention and arrest. The Defendant refused to perform any SFSTs. Based on the Defendant's driving behavior, the smell of an alcoholic beverage on his breath, and his actions during our interaction, it was determined the Defendant had lost the normal use of his mental and physical faculties, due to the introduction of some substance into his body, and was intoxicated. The Defendant was placed under arrest and read the DWI statutory warning. The Defendant had an active warrant for assault from DSO (M2170655), failed to identify himself, and gave a false name.

## COMPLAINANT/VICTIM BUSINESS 1: STATE OF TEXAS

| Involvement | Invl No | Type |
|---|---|---|
| COMPLAINANT/VICTIM BUSINESS | 1 | Society/Public |

| Name | MNI |
|---|---|
| STATE OF TEXAS | 5678817 |

| Report Officer | Printed At | |
|---|---|---|
| 1263/HAMMETT,ANDREW | 07/06/2023 08:38 | Page 3 of 5 |

APPENDIX 00020

# Incident Report
## Irving Police Department

| IBRS Info | |
|---|---|
| Victim Invl No | Offense Codes |
| **1** | **90Z/90D/26C** |

## Vehicle: MLD2214

| Involvement | Type | License No | State | Lic Year | Lic Type | Year | Make |
|---|---|---|---|---|---|---|---|
| **SUSPECT VEHICLE** | **AUTO/SUV** | **MLD2214** | **TEXAS** | **2020** | **PASSENGER CAR** | **2015** | **NISSAN** |

| Model | Style | Color | VIN | Dispo | Dispo Date |
|---|---|---|---|---|---|
| **ALT** | **SEDAN, 4 DOOR** | **GRAY** | **1N4AL3AP1FC218793** | **IMPOUNDED** | **06/25/2021** |

| Impound Number | Complete Vehicle Model Name |
|---|---|
| **5387** | **NISSAN ALTIMA** |

| Tow By | Tow From |
|---|---|
| **WANUT HILL WRECKER** | **360 W LAS COLINAS BL** |

| Tow To |
|---|
| **IRVING AUTO POUND** |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |

## Property

| Item | Involvement | | In Custody? | |
|---|---|---|---|---|
| **1** | **DIGITAL PHOTOS/CRIME SCENE PHOTOS** | | **No** | |

| Description | Typ | Cat |
|---|---|---|
| **BWC and In Car** | **A** | **EVIDENCE** |

| Article |
|---|
| **EVIDENCE (PHOTOS/MOBILE VIDEO/ALL OTHER)** |

| NIBRS Type |
|---|
| **RECORDINGS - AUDIO, VISUAL/BWC/INCAR** |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |

| Item | Involvement | In Custody? | Log No | Item No | Serial No |
|---|---|---|---|---|---|
| **2** | **SAFEKEEPING** | **Yes** | **210003264** | **1** | **56GBGT2** |

| Description | Typ | Cat |
|---|---|---|
| **Dell Inspiron Laptop - 56GBGT2** | **A** | **COMPUTER EQUIPMENT** |

| Article | NIBRS Type |
|---|---|
| **COMPUTER LAPTOP (ELECTRONIC NOTEBOOK)** | **COMPUTER/PRINTER/VIDEO CONSOLE** |

| Link | Involvement | Invl No | Name | Race | Sex | DOB |
|---|---|---|---|---|---|---|
| **ARR** | **ARR** | **1** | **YOUNG,DERONNIUS RASHAD** | **B** | **M** | **12/17/1991** |

## Narrative

On 06/25/21 at 0033 hrs, I, Officer Hammett #1263 was dispatched to back Sgt Landry #1096 on a traffic stop at 360 W Las Colinas Blvd behind Bar Louie.

Upon arrival I observed the suspect, later identified by his TXDL 45444124 as Deronnius Rashad Young (ARR-1), yelling at Sgt Landry and attempting to walk away from him. Sgt Landry told me we would be placing Young under arrest and we moved in to take Young into custody. Young immediately began resisting arrest and locked his arms together in front of his body. We attempted to pull Young's arms apart and get them behind his back in order to handcuff Young. I was able to get 1 arm behind his back, but when I went to put handcuffs on him, he was able to pull away again. As we were struggling to control Young, I pulled my Taser ECW and advised Young if he did not stop resisting, the ECW would be used to gain control of him. Young continued to resist so I used the ECW to drive stun him in the buttocks. This caused Young to fight back even more, so I backed away and deployed the probes. The probes stuck in Young's upper right arm and right thigh, causing Young to have full NMI. Sgt Landry and I moved in to put Young in handcuffs while under power, but we did not move quickly enough. Young was taken to the ground as we attempted to get his hands behind his back to handcuff him. Young continued to resist, so I pressed the button to initiate a second 5 second charge. After the second charge, we were able to secure Young in handcuffs and have him in custody. I requested for IFD to come to the scene to check Young at that time.

Sgt Landry told me he observed Young, in his gray 2015 Nissan Altima (MLD2214), driving West on the Eastbound side of Harmony Way, while repeatedly honking his horn. Sgt Landry said Young pulled into the Toyota Music Factory parking garage and continued to repeatedly honk his horn. Sgt Landry went around the parking garage and observed Young come out and drive East in the Westbound lanes of Melody Way, while repeatedly honking his horn. Sgt Landry initiated a traffic stop on Young behind Bar Louie at 360 W Las Colinas Blvd. Sgt Landry said Young immediately got out of the vehicle and began yelling at him and trying to walk away.

| Report Officer | Printed At | |
|---|---|---|
| **1263/HAMMETT,ANDREW** | **07/06/2023 08:38** | **Page 4 of 5** |

## Narrative

While interacting with Young, Sgt Landry said he could smell a strong odor of an alcoholic beverage on Young's breath.  I had recently been sick and was still very congested, so I was not able to smell anything at the time.

When IFD arrived on scene, the medics were taken to Young who was in the back seat of my squad car.  Young told them he had chest pain and head pain.  The medics told me what he said, and I confirmed with them they could do all necessary checks of Young to confirm if he was medically clear.  Young then proceeded to pretend he was unconscious in the back seat of the squad and not cooperate with IFD medics.  IFD medics did a full check of Young and confirmed all readings were normal.

### Standardized Field Sobriety Tests:

While Young was in the back of my squad car, but pretending to be unconscious, I gave young the opportunity to participate in the HGN test.  Young continued to pretend to be unconscious and would not perform the SFSTs.

### Arrest Decision:

Based on Sgt Landry's observation of Young's driving behavior, the smell of an alcoholic beverage on Young's breath, and Young's resistive behavior, we determined Young did not have the normal use of his mental or physical faculties due to the introduction of some substance into his system, impairing his ability to operate a vehicle safely. Young was arrested as he was intoxicated in a public place while operating a motor vehicle and was a danger to himself as well as others.  Young was taken into custody at 0041 hrs.

### Statutory Warning:

I read the DWI Statutory Warning to Young and requested a specimen of his blood. Young was pretending to be unconscious at the time, so his lack of answer was treated as a denial. I obtained an evidentiary search warrant signed by Judge Austria, Magistrate, Dallas County.  While at the hospital, Young did confirm that he did not consent to a blood draw.

### Toxicology:

Young's blood was drawn at 2230 hrs, by Qualified Technician LaVell Williams, from his left AC, while at Baylor Irving located at 1901 N MacArthur Blvd. The blood draw was completed in accordance with accepted medical practice/standards, and was done so in a sanitary place. Prior to taking the blood, the area was cleaned with a Iodine solution, which is free and clear of any alcohol.  Blood draw was witnessed by Officer Hammett, Officer Scholz, and Officer Maynard. Young's blood specimen was collected in three gray top tubes (Expiration date: 4-11-2022).  The tubes were verified to have the anticoagulant powder prior to the QT drawing the blood.  The vials were turned at least ten (10) rotations after the defendant's blood was drawn into it, to mix the anticoagulant powder.   Young's blood specimen was deposited in the refrigerated lock box at the SCJC.  I filled out all necessary blood draw paperwork.  The blood draw at the hospital was recorded.

### Identification and Priors:

Sgt Landry said when he initially was speaking with Young, Young said his name was John Doe with no date of birth.  Sgt Landry said Young even verbally spelled out John Doe as his name.  Young was eventually identified by his TXDL #45444124, which was located in his wallet that was found during inventory of his vehicle.  Young did not have any priors for DWI, but it was discovered he had 2 warrants out of DSO for assault (M2170654, M2170655), for which DSO confirmed.

Young was booked in the Irving jail.

Young's vehicle was towed to the Irving Auto Pound by Walnut Hill Wrecker on pound #5387.

Young had a Dell Inspiron laptop in his vehicle which was booked in the SCJC for safekeeping.

# Incident Report
# Irving Police Department



**21-13584**

Supplement No
**0001**

305 N O'Connor Rd

Irving TX 75061

(972)721-2437

Reported Date
**06/25/2021**
Report Type
**FAIL ID**
Officer
**MATWIJSZYN,KACIE**

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time | CAD Seq No |
|---|---|---|---|---|---|
| **Irving Police Department** | **21-13584** | **0001** | **06/25/2021** | **05:09** | **210613210** |

| Status | Report Type |
|---|---|
| **NCIC SERVICE REQUEST SUPPLEMENT** | **FAILURE TO ID** |

| Location | City | ZIP Code | Rep Dist |
|---|---|---|---|
| **360 W LAS COLINAS BL** | **Irving** | **75039** | **5401** |

| Area | Beat | From Date | From Time | Officer |
|---|---|---|---|---|
| **PD2** | **54** | **06/25/2021** | **00:33** | **C2150/MATWIJSZYN,KACIE** |

| Assignment | 2nd Officer | Assignment | Entered by |
|---|---|---|---|
| **TECHNICAL SERVICES/DISP/JAIL** | **LANDRY,ADAM** | **PATROL DIVISION** | **C2150** |

| Assignment | RMS Transfer | Approving Officer | Approval Date |
|---|---|---|---|
| **TECHNICAL SERVICES/DISP/JAIL** | **Successful** | **C1889** | **06/25/2021** |

| Approval Time |
|---|
| **16:16:21** |

## Narrative

CONFIRMED ON WANTED SUBJ-KM2150

AM

Received Time: 05:07:28 06-25-21   Source ORI: TX0570000
Summary: AM:AM: MSG#06-2-9351

View Message Details

Destination(s): IRVZ
MKE: AM   Source: USER
Reference: AM   Msg ID: 227
Station: IRVZ   Control: SJR0165

AM.TX0570000
05:07 06/25/2021 00015
05:07 06/25/2021 00109 TX0571500
*SJR0165
TXT
MSG #:   2106000228  ORI/TX0570000  20210625

MSG#06-2-9351
PD IRVING

NAME: YOUNG, DERONNUIS RASHAD B/M 12/17/1991
DL 45444124 4800 WEST LOVERS LANE #406 DLS TX 75209

CHRG ASSAULT BI WRNT M2170654 BOND AMT NO BOND SET
CAN BE SET BY YOUR JUDGE
CHRG ASSAULT BI WRNT M2170655 BOND AMT NO BOND SET
CAN BE SET BY YOUR JUDGE
WE WILL EXTRADITE AND TRANSPORT

WE WILL EXTRADITE
FOR INFORMATION REGARDING TRANSFER OR EXTRADITION CONTACT OUR FUGITIVE SECTION
MONDAY - FRIDAY 0800 TO 1630 HOURS @ 214 653 2742 OR 2739
SO DALLAS CO

| Report Officer | Printed At | |
|---|---|---|
| **C2150/MATWIJSZYN,KACIE** | **07/06/2023 08:38** | **Page 1 of 2** |

# Incident Report
# Irving Police Department

**21-13584**

SHERIFF MARIAN BROWN

TIME:      0507

MRI: 2459830 IN: DLCY026 15 AT 25JUN2021 05:07:28
OUT: IRVZ 109 AT 25JUN2021 05:07:28

APPENDIX 00024

# Incident Report
# Irving Police Department



305 N O'Connor Rd

Irving TX 75061

(972)721-2437

**21-13584**

Supplement No
**0002**

Reported Date
**09/01/2021**
Report Type
**FAIL ID**
Officer
**FOWLER,BRENDON**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time | CAD Seq No |
|---|---|---|---|---|---|---|---|
| **Irving Police Department** | | **21-13584** | **0002** | **09/01/2021** | | **18:02** | **210613210** |

| Status | Report Type |
|---|---|
| **REPORT SUSPENDED/CLOSED** | **FAILURE TO ID** |

| Location | | | | City | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|
| **360 W LAS COLINAS BL** | | | | **Irving** | **75039** | **5401** |

| Area | Beat | From Date | From Time | Officer | |
|---|---|---|---|---|---|
| **PD2** | **54** | **06/25/2021** | **00:33** | **1188/FOWLER,BRENDON** | |

| Assignment | 2nd Officer | Assignment | Entered by |
|---|---|---|---|
| **COMMUNITY SERVICES DIVISION** | **LANDRY,ADAM** | **PATROL DIVISION** | **1188** |

| Assignment | RMS Transfer | Approving Officer | Approval Date |
|---|---|---|---|
| **COMMUNITY SERVICES DIVISION** | **Successful** | **1090** | **09/05/2021** |

| Approval Time |
|---|
| **02:42:40** |

## Narrative

On 09/01/2021 at around 6:00 pm, I, Officer. B. Fowler #1188, received the toxicology results for the Defendant Deronnius Rashad Young. The Defendant had been arrested for DWI and a blood sample was obtained as part of the investigation.

The toxicology results showed the defendant to have:

Ethanol 0.083 +/- .012 g/100 mL
carboxytetrahydrocannabinol 3.9 +/- 0.5 ng/mL
Amphetamine 46.9 +/- 3.5 ng/mL

A copy of the toxicology result has been sent to Records, the Dallas DA's office, and DPS Austin.

# PRODUCED IN NATIVE FORMAT

**EXHIBIT F**

APPENDIX 00026